IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS T. GALLION, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) Case No.: 2:20-cv-00535-ECM<br>ZOE'S RESTAURANTS, LLC, et al., )<br>)<br>Defendants. ) | |

**NOTICE TO COURT OF SETTLEMENT CONFERENCE**

COMES NOW Plaintiff, pursuant to Section 3 of this Court's Uniform Scheduling Order (Doc. # 24) and submits that the parties met to discuss settlement in this case as required by this Court's Order. The parties were unable to reach a settlement and were in agreement that until such time as the parties know if this case will be remanded to state court, it will be difficult for the parties to realistically evaluate settlement in this case.

/s/Tyrone C. Means
Tyrone C. Means (ASB-8760-S80T )
Attorney for the Plaintiff Thomas T. Gallion, III

**OF COUNSEL:**

**MEANS GILLIS LAW, P.C.**
60 Commerce Street
Suite 200
Montgomery, AL  36104
Telephone: (334) 270-1033
tcmeans@meansgillislaw.com

/s/ Constance Caldwell Walker
Constance Caldwell Walker (ASB-5510-L66C)
Attorney for the Plaintiff Thomas T. Gallion, III

OF COUNSEL:

**WEBB MCNEILL WALKER PC**
7475 Halcyon Pointe Drive
Montgomery, Alabama 36117
Ph:     (334) 262-1850
cwalker@wmwfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this the 19th day of November, 2021, I served the foregoing via Electronic Mail addressed to the following:

Jay S. Tuley
Holtsford Gilliland Higgins Hitson & Howard, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
jtuley@hglawpc.com

Roderick K. Nelson
Spain & Gillon, LLC
505 North 20th Street Ste 1200
Birmingham, AL 35203
rnelson@spain-gillon.com

John G. Smith
Aria B. Allan
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101
jgsmith@balch.com
aallan@balch.com

           /s/Constance Caldwell Walker
           OF COUNSEL